IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

**CHARLES W. DUNNAVANT**  CASE NO: 14-
SSN: xxx-xx-5665

    DEBTOR  CHAPTER 7

### AFFIDAVIT OF INCOME

STATE OF ALABAMA
COUNTY OF MADISON

Before me, a Notary Public in and for the State of Alabama at Large did personally appear, CHARLES W. DUNNAVANT, who, being made known to me, did state under oath as follows:

"My name is CHARLES W. DUNNAVANT, and I am the Debtor in the above-styled Bankruptcy Case. I am presently unemployed and have not received pay stubs in the last 60 days. The only income I have is the $765 I receive as rental income from my home in Huntsville, Alabama and the income of $501 from the home under contract for deed in Tennessee.

I certify that all of the above is true and correct."

_____
CHARLES W. DUNNAVANT

Sworn to and subscribed before me this 15th day of September, 2014.

_____ : BRIAN M. WHITE
Notary Public

My comm. expires: 23 DEC 2014

/s/ Melissa W. Larsen
Melissa W. Larsen
Attorney For Debtor
908-C North Memorial Parkway
Huntsville, AL 35801
Phone: (256) 533-5097